Joshua Swigart, Esq. (SBN: 225557)
Josh @westcoastlitigation.com
Kevin Lemieux, Esq (SBN: 225886)
kevin@westcoastlitigation.com
**Hyde and Swigart**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:  (619) 233-7770
Facsimile: (619) 297-1022

[Other Attorneys of Record Listed on Signature Page]

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Kenneth Picha, Individually and on behalf of All Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**National Association for Medical and Dental, Inc. and Healthcare National Marketing, Inc.,**<br><br>**Defendants** | Case No.: 3:17-cv-01400-BEN-BLM<br><br>**CLASS ACTION**<br><br>**NOTICE OF SETTLEMENT** |

   NOTICE IS HEREBY GIVEN that this case has been settled.  The parties anticipate filing a Request for Dismissal of this action with prejudice as to the named Plaintiff and without prejudice as to putative class within 45 days. Plaintiff

requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after December 10, 2017 for filing a Request for Dismissal.

Respectfully submitted,

Date: October 26, 2017                                      HYDE & SWIGART

                                                            By:  s/Kevin Lemieux, Esq.
                                                                 Kevin Lemieux
                                                                 HYDE AND SWIGART, APC
                                                                 *Attorneys for Plaintiff*

**Other Attorneys of Record, besides caption page:**

Abbas Kazerounian, Esq.  (SBN: 25283)
ak@kazlg.com
**Kazerouni Law Group, APC**
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone:  (800) 400-6808
Facsimile:  (800) 520-5523