Joshua Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Kevin Lemieux, Esq (SBN: 225886)
kevin@westcoastlitigation.com
**HYDE AND SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

[Other Attorneys of Record Listed on Signature Page]

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Kenneth Picha, Individually and on behalf of All Others Similarly Situated,**<br><br>Plaintiff,<br><br>v.<br><br>**National Association for Medical and Dental, Inc. and Healthcare National Marketing, Inc.,**<br><br>Defendants. | Case No.: 17-cv-1400-BEN-BLM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

///
///
///
///
///

IT IS HEREBY STIPULATED by and between the parties to this action, Plaintiff KENNETH PICHA ("Plaintiff") and defendants National Association for Medical and Dental, Inc. and Healthcare National Marketing, Inc. (collectively, "Defendants"), that the above action be, and hereby is, dismissed with prejudice as to the named Plaintiff, and without prejudice to the putative class alleged in the Complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own costs and attorneys' fees.  A proposed order has been concurrently submitted to this Court.

The notice and approval requirements of Federal Rule of Civil Procedure 23(e) are inapplicable to the parties' dismissal of this putative class action because this action has not been certified as a class[1].

Dated: November 13, 2017                     **HYDE & SWIGART**

                                             By:  s/Kevin Lemieux, Esq.
                                                 Kevin Lemieux
                                                 *Attorneys for KENNETH PICHA*


                                             **BLANK ROME LLP**

                                             By: s/Safia Gray Hussain, Esq.
                                                 Safia Gray Hussain
                                                 Ana Tagvoryan
                                                 Attorneys for Defendants
                                                 NATIONAL ASSOCIATION FOR
                                                 MEDICAL AND DENTAL, INC.
                                                 and HEALTHCARE NATIONAL
                                                 MARKETING, INC.

---

[1] Federal Rule of Civil Procedure 23(e) state that "[t]he claims, issues or defenses of a certified class may be settled, voluntarily dismissed, or compromised only with the Court's approval."

# SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsel, and that I have obtained their authorization to affix electronic signatures to this document.

Dated: November 13, 2017                                        HYDE & SWIGART

                                              By:  s/Kevin Lemieux, Esq.
                                                   Kevin Lemieux
                                                   *Attorneys for KENNETH PICHA*

