FILED

17 NOV 21 AM 7:56

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH PICHA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL ASSOCIATION FOR MEDICAL AND DENTAL, INC.; HEALTHCARE NATIONAL MARKETING, INC.,<br><br>Defendants. | Case No.: 3:17-cv-01400-BEN-BLM<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

The Court has considered the stipulation of dismissal ("Joint Motion") filed by Plaintiff Kenneth Picha and Defendants National Association for Medical and Dental, Inc. and Healthcare National Marketing, Inc. (Docket No 16.) For good cause shown, the Joint Motion is **GRANTED**. This action is **DISMISSED with prejudice** as to Plaintiff, but **without prejudice** to the putative class alleged in the Complaint (Docket No. 1). Each party shall bear its own fees and costs.

**IT IS SO ORDERED.**

DATED: November 20, 2017

_____
HON. ROGER T. BENITEZ
United States District Judge